**ASK LLP**
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Kara E. Casteel, Esq., MN SBN 0389115
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 406-9665
Email: kcasteel@askllp.com

*Counsel for Plaintiff, Daniel H. Golden,*
*as Liquidating Trustee of the DFC Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>DEAN FOODS COMPANY, *et al.*,<br><br>        Debtors.[1] | Chapter 11<br><br>Case No. 19-36314 (DRJ)<br><br>(Jointly Administered) |
| Daniel H. Golden, as Liquidating Trustee of the DFC Liquidating Trust,<br><br>        Plaintiff,<br><br>v.<br><br>Brookwood Financial Partners, LLC dba Yesway,<br><br>        Defendant. | Adv. No. 21-03990 |

## NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7041

and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action in

its entirety with prejudice. An answer has not been filed.

---

[1] The debtors or liquidating debtors in these chapter 11 cases, along with the last four digits of their respective Employer Identification Numbers, are as follows: Dean Foods Company (9681) and Dean Holding Company (8390). The liquidating debtors' mailing address is: Daniel H. Golden, Trustee, Dean Foods Company Estate & Liquidating Trust, In Care of BRG, 250 Pehle Avenue, Suite 301, Saddle Brook, NJ 07663, Attn: Rick Wright.

Dated: December 9, 2021                    **ASK LLP**

By:     */s/ Kara E. Casteel*
        Kara E. Casteel, Esq., MN SBN 0389115
        Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
        2600 Eagan Woods Drive, Suite 400
        St. Paul, MN  55121
        Telephone: (651) 406-9665
        Email: kcasteel@askllp.com

        *Counsel for Plaintiff, Daniel H. Golden, as*
        *Liquidating Trustee of the DFC Liquidating Trust*